EDSON M. WEBB, Appellant, *v.* JESSE MILES, Respondent.

Submitted May 25, 1938; decided July 7, 1938.

*V. D. Stratton* and *H. C. Stratton* for appellant.

*Donald S. Whitney* and *James S. Flanagan for* respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.